**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**RANDY ROBINSON,**                                             **PLAINTIFF,**

**VS.**                                               **CIVIL ACTION NO. 2:06CV64-P-A**

**MERCK & CO., INC., ET AL.,**                                 **DEFENDANT.**

## ORDER

This matter comes before the court upon Motion of Defendant Merck & Co. to Stay All Proceedings Pending a Decision on Transfer by the Judicial Panel on Multidistrict Litigation [7-1]. Upon due consideration of the motion, the court finds that same should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Motion of Defendant Merck & Co. to Stay All Proceedings Pending a Decision on Transfer by the Judicial Panel on Multidistrict Litigation [7-1] is **DENIED**.

**SO ORDERED** this the 15th day of May, A.D., 2006.

                                                  /s/ W. Allen Pepper, Jr.
                                                  W. ALLEN PEPPER, JR.
                                                  UNITED STATES DISTRICT JUDGE